UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


GENERAL ELECTRIC CAPITAL
BUSINESS ASSET FUNDING
CORPORATION OF CONNECTICUT                CIVIL ACTION

VERSUS                                    NUMBER 10-389-FJP-SCR

BIM4 SEPARATE INVESTMENTS,
L.L.C


**<u>RULING</u>**

This matter is before the Court on Plaintiff's Motion to Establish the Amount of Attorneys' Fees, Costs and Expenses Due.[1] No opposition to this motion has been filed.[2]

Therefore:

The Court grants the motion and renders judgment in favor of General Electric Capital Business Asset Funding Corporation of Connecticut ("GE") and against BIM4 Separate Investments, L.L.C. in the amount of $33,775.73 to compensate GE for the attorneys' fees, costs and expenses that GE has incurred, through September 30, 2010, in connection with its claim against BIM4.   The Court reserves GE's right to seek additional amounts from, among others,

---

[1] Rec. Doc. No. 16.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion is required [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 21 days after service of the motion."

Doc#47037

BIM4 to compensate it for the attorneys' fees, costs and expenses that it incurs in collecting the judgments it obtains in this case.

GE shall submit to the Court a proposed judgment within 10 days of the date of this Ruling.

IT IS SO ORDERED.

Baton Rouge, Louisiana, November 17, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA